**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF LOUISIANA
OFFICE OF THE CLERK
U.S. COURTHOUSE
777 FLORIDA STREET, SUITE 139
BATON ROUGE, LOUISIANA 70801-1712

Nick J. Lorio	Telephone: 225- 389-3500
Clerk of Court	Facsimile: 225-389-3501

November 3, 2009

**Michele LeBlanc**
P.O. Box 1109
Baton Rouge, LA 70821-1109
866-529-3529

Re: Civil Action 09-948 Entlaw LA, PLC vs. Peerless Indemnity Insurance Company

Dear Michele LeBlanc:

A Notice of Removal was filed in the Middle District on 11/3/09. We have searched our index of attorneys admitted to practice in the Middle District of Louisiana and do not find your name. This means that **you will not be permitted to file any papers** in the case until you complete the necessary admission papers and are admitted to practice. The admission form can be found on our website, www.lamd.uscourts.gov.

**Please return the completed admission form as soon as possible.** Thank you for your cooperation.

Very truly yours,

NICK J. LORIO

by: *Beth Perry*
Deputy Clerk